UNITED STATES BANKRUPTCY COURT
**DISTRICT OF NEW JERSEY**
**TRENTON DIVISION**

In re: European Copper Specialists, Inc. § Case No. 15-15570-CMG
§
§
§
Debtor(s)

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY
ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)**

John M McDonnell, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | | | |
|---|---|---|---|
| Assets Abandoned: | $22,850.00 | Assets Exempt: | NA |
| *(without deducting any secured claims)* | | | |
| Total Distributions to Claimants: | $4,983.79 | Claims Discharged Without Payment: | NA |
| Total Expenses of Administration: | $26,483.19 | | |

3) Total gross receipts of $31,466.98 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $0.00 (see **Exhibit 2**), yielded net receipts of $31,466.98 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR ( 10 /1/2010)**

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $17,500.00 | $361,341.53 | $349,478.35 | $4,983.79 |
| PRIORITY CLAIMS: | | | | |
| CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | $0.00 | $73,952.44 | $26,483.19 | $26,483.19 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | $0.00 | $0.00 | $0.00 | $0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | $596,450.00 | $157,068.53 | $157,068.53 | $0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | $136,700.00 | $1,142,052.50 | $1,142,052.50 | $0.00 |
| **TOTAL DISBURSEMENTS** | $750,650.00 | $1,734,415.00 | $1,675,082.57 | $31,466.98 |

4) This case was originally filed under chapter 7 on 03/30/2015. The case was pending for 16 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 08/05/2016     By: /s/ John M McDonnell
                                    Trustee

**STATEMENT** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-TDR ( 10 /1/2010)**

**EXHIBITS TO
FINAL ACCOUNT**

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| FRAUDULENT TRANSFER (LOT Polish Airlines) | 1241-000 | $6,000.00 |
| ACCOUNTS RECEIVABLE (Magnetic Group) | 1129-000 | $22,000.00 |
| FORD CREDIT (Refund) | 1230-000 | $3,466.98 |
| **TOTAL GROSS RECEIPTS** | | **$31,466.98** |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| | None | | |

### EXHIBIT 3 - SECURED CLAIMS

| Claim NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1-3 | Internal Revenue Service | 4300-000 | NA | $349,478.35 | $349,478.35 | $4,983.79 |
| 5 | CAN Capital Asset Servicing, Inc., | 4210-000 | NA | $11,863.18 | $0.00 | $0.00 |
| N/F | Ford Credit | 4110-000 | $17,500.00 | NA | NA | NA |
| | **TOTAL SECURED** | | **$17,500.00** | **$361,341.53** | **$349,478.35** | **$4,983.79** |

**EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES**

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Trustee, Fees - John Michael McDonnell | 2100-000 | NA | $3,896.70 | $3,896.70 | $3,896.70 |
| Trustee, Expenses - John Michael McDonnell | 2200-000 | NA | $87.85 | $87.85 | $87.85 |
| Attorney for Trustee Fees - McDonnell Crowley LLC | 3110-000 | NA | $28,599.25 | $8,580.00 | $8,580.00 |
| Attorney for Trustee, Expenses - McDonnell Crowley LLC | 3120-000 | NA | $823.42 | $823.42 | $823.42 |
| International Sureties, LLTD | 2300-000 | NA | $1.94 | $1.94 | $1.94 |
| Paypros, Inc | 2420-000 | NA | $500.00 | $500.00 | $500.00 |
| C. Marino, Inc. | 2420-000 | NA | $100.00 | $100.00 | $100.00 |
| Rabobank, N.A. | 2600-000 | NA | $92.22 | $92.22 | $92.22 |
| Signature Bank | 2600-000 | NA | $0.33 | $0.33 | $0.33 |
| Bederson and Comapny | 3410-000 | NA | $39,214.00 | $11,764.00 | $11,764.00 |
| Bederson and Comapny | 3420-000 | NA | $636.73 | $636.73 | $636.73 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | NA | **$73,952.44** | **$26,483.19** | **$26,483.19** |

**EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES**

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |

**EXHIBIT 6 – PRIORITY UNSECURED CLAIMS**

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1-P | Internal Revenue Service | 5800-000 | NA | $157,068.53 | $157,068.53 | $0.00 |
| N/F | summary | 5800-000 | $596,450.00 | NA | NA | NA |
| | **TOTAL PRIORITY UNSECURED CLAIMS** | | **$596,450.00** | **$157,068.53** | **$157,068.53** | **$0.00** |

UST Form 101-7-TDR ( 10 /1/2010)

**EXHIBIT 7 – GENERAL UNSECURED CLAIMS**

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1-U | Internal Revenue Service | 7100-000 | NA | $129,791.58 | $129,791.58 | $0.00 |
| 2 | Ruderman & Glickman, P.C. | 7100-000 | NA | $27,314.00 | $27,314.00 | $0.00 |
| 3 | CIT Finance, LLC c/o Bankruptcy Processing Solutions | 7100-000 | NA | $13,700.70 | $13,700.70 | $0.00 |
| 4 | New Jersey Casualty Ins. Co. | 7100-000 | NA | $38,428.89 | $38,428.89 | $0.00 |
| 6 | Stalco Construction, Inc. et al. | 7100-000 | NA | $0.00 | $0.00 | $0.00 |
| 7 | CoverX Corporation | 7200-000 | NA | $53,760.10 | $53,760.10 | $0.00 |
| 8 | Oleg Solouk, Olexiy Solouk, Orest Yakymiv, Vyachesla Mykolavich Zinc Luke Koch, and Eric Larson c/o Green Sav | 7200-000 | NA | $879,057.23 | $879,057.23 | $0.00 |
| N/F | summary | 7100-000 | $136,700.00 | NA | NA | NA |
| | **TOTAL GENERAL UNSECURED CLAIMS** | | **$136,700.00** | **$1,142,052.50** | **$1,142,052.50** | **$0.00** |

**UST Form 101-7-TDR ( 10 /1/2010)**

Form 1

Exhibit 8

## Individual Estate Property Record and Report
## Asset Cases

Page: 1

| Case No.: | 3:15-BK-15570-CMG | Trustee Name: | (500730) John M. McDonnell |
|---|---|---|---|
| Case Name: | European Copper Specialists, Inc. | Date Filed (f) or Converted (c): | 03/30/2015 (f) |
| | | § 341(a) Meeting Date: | 04/29/2015 |
| For Period Ending: | 08/05/2016 | Claims Bar Date: | 06/30/2015 |

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property Formally<br>Abandoned<br>OA=§554(a) abandon. | 5<br>Sale/Funds<br>Received by the<br>Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | BANK ACCOUNTS<br>* Two checking accounts, PNC Bank<br>* See Voluntary Petition, Schedule "B", filed on 3/30/15. (See Docket No. 1). | 100.00 | 100.00 | | 0.00 | FA |
| 2 | ACCOUNTS RECEIVABLE (Magnetic Group)<br>* Retainage from Magnetic Group<br>* See Voluntary Petition, Schedule "B", filed on 3/30/15. (See Docket No. 1).<br>* Notice of Proposed Settlement was filed on 1/25/16. (See Docket No. 40).<br>* Certification of No Objection was filed on 2/23/16. (See Docket No. 42).<br>* Stipulation and Consent Order filed on 2/24/16. (See Docket No. 43). | 74,000.00 | 74,000.00 | | 22,000.00 | FA |
| 3 | AUTOMOBILES AND OTHER VEHICLES<br>* 2011 Ford F250 and 2013 Ford Focus<br>* See Voluntary Petition, Schedule "B", filed on 3/30/15. (See Docket No. 1). | 17,500.00 | 0.00 | | 0.00 | FA |
| 4 | MACHINERY, FIXTURES, AND BUSINESS EQUIPMENT<br>* Forklift from Clark Equipment<br>* See Voluntary Petition, Schedule "B", filed on 3/30/15. (See Docket No. 1). | 250.00 | 0.00 | | 0.00 | FA |
| 5 | MACHINERY, FIXTURES, AND BUSINESS EQUIPMENT<br>* Inventory list<br>* See Voluntary Petition, Schedule "B", filed on 3/30/15. (See Docket No. 1).<br>* Trustee ascertained the inventory had no resale value. | 5,000.00 | 5,000.00 | | 0.00 | FA |
| 6 | FORD CREDIT (Refund) (u)<br>* Over payment refund | 3,466.98 | 3,466.98 | | 3,466.98 | FA |
| 7 | FRAUDULENT TRANSFER (LOT Polish Airlines) (u)<br>* Fraudulent transfer<br>* McDonnell v. LOT Polish Airlines<br>* An adversary complaint (Adv. Proc. No. 15-02155) was filed on 9/4/15 against LOT Polish Airlines. (See Main Case Docket No. 34).<br>* Notice of Proposed Settlement was filed on 12/16/15. (See Main Case Docket No. 37).<br>* Certification of No Objection was filed on 1/14/16. (See Main Case Docket No. 39).<br>* Adversary case was closed on 2/11/16. | 26,590.93 | 26,590.93 | | 6,000.00 | FA |

UST Form 101-7-TDR ( 10 /1/2010)

Exhibit 8

## Form 1
## Individual Estate Property Record and Report
## Asset Cases

Page: 2

**Case No.:** 3:15-BK-15570-CMG  
**Case Name:** European Copper Specialists, Inc.  
**For Period Ending:** 08/05/2016

**Trustee Name:** (500730) John M. McDonnell  
**Date Filed (f) or Converted (c):** 03/30/2015 (f)  
**§ 341(a) Meeting Date:** 04/29/2015  
**Claims Bar Date:** 06/30/2015

| 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property)<br>Ref. # | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property Formally<br>Abandoned<br>OA=§554(a) abandon. | 5<br>Sale/Funds<br>Received by the<br>Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|
| 7  Assets    Totals    (Excluding unknown values) | $126,907.91 | $109,157.91 | | $31,466.98 | $0.00 |

**Major Activities Affecting Case Closing:**

* Trustee has received and deposited the Magnetic Group settlement proceeds.  (See Docket No. 43).
* The Trustee has submitted the Trustee's Distribution Report ("TDR") to the United States Trustee's Office for review and approval.
* Order authorizing destruction of books and records was filed on 8/3/16. (See Docket No. 65).

**Initial Projected Date Of Final Report (TFR):**    04/07/2016        **Current Projected Date Of Final Report (TFR):**    03/29/2016 (Actual)

UST Form 101-7-TDR ( 10 /1/2010)

Exhibit 9

Page: 3

## Form 2

## Cash Receipts And Disbursements Record

| Case No.: | 3:15-BK-15570-CMG | Trustee Name: | John M. McDonnell (500730) |
|---|---|---|---|
| Case Name: | European Copper Specialists, Inc. | Bank Name: | Signature Bank |
| Taxpayer ID #: | **-***8153 | Account #: | ******3395 Checking |
| For Period Ending: | 08/05/2016 | Blanket Bond (per case limit): | $35,517,734.00 |
| | | Separate Bond (if applicable): | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 05/26/2015 | {6} | Ford Motor Credit Company | Ford Motor Credit (over payment refund). See Form 1, Asset No. 6. | 1230-000 | 3,466.98 | | 3,466.98 |
| 05/29/2015 | | Signature Bank | Transfer to Rabobank, N.A. | 9999-000 | | 3,466.65 | 0.33 |
| 05/29/2015 | | Signature Bank | service fees | 2600-000 | | 0.33 | 0.00 |

|  |  |  |
|---|---|---|
| COLUMN TOTALS | 3,466.98 | 3,466.98 | $0.00 |
| Less: Bank Transfers/CDs | 0.00 | 3,466.65 | |
| Subtotal | 3,466.98 | 0.33 | |
| Less: Payments to Debtors | | 0.00 | |
| NET Receipts / Disbursements | $3,466.98 | $0.33 | |

{ } Asset Reference(s)    UST Form 101-7-TDR ( 10 /1/2010)    ! - transaction has not been cleared

Exhibit 9

Page: 4

## Form 2

## Cash Receipts And Disbursements Record

| Case No.: | 3:15-BK-15570-CMG | Trustee Name: | John M. McDonnell (500730) |
|---|---|---|---|
| Case Name: | European Copper Specialists, Inc. | Bank Name: | Rabobank, N.A. |
| Taxpayer ID #: | **-***8153 | Account #: | ******0466 Checking Account |
| For Period Ending: | 08/05/2016 | Blanket Bond (per case limit): | $35,517,734.00 |
| | | Separate Bond (if applicable): | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 05/29/2015 | | Rabobank, N.A. | Transfer from Signature Bank | 9999-000 | 3,466.65 | | 3,466.65 |
| 06/30/2015 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 10.00 | 3,456.65 |
| 07/02/2015 | 101 | Paypros, Inc | A/C #6363 -European Copper | 2420-000 | | 500.00 | 2,956.65 |
| 07/31/2015 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 10.00 | 2,946.65 |
| 08/31/2015 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 10.00 | 2,936.65 |
| 09/30/2015 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 10.00 | 2,926.65 |
| 10/30/2015 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 10.00 | 2,916.65 |
| 11/10/2015 | 102 | C. Marino, Inc. | * Storage of books and records. * Invoice No. 2769A | 2420-000 | | 25.00 | 2,891.65 |
| 11/30/2015 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 10.00 | 2,881.65 |
| 12/31/2015 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 10.00 | 2,871.65 |
| 01/05/2016 | 103 | C. Marino, Inc. | * Invoice No. 2917A * Books and records storage (January 2016) | 2420-000 | | 25.00 | 2,846.65 |

{} Asset Reference(s)    UST Form 101-7-TDR ( 10 /1/2010)    ! - transaction has not been cleared

Exhibit 9

Page: 5

# Form 2

## Cash Receipts And Disbursements Record

| Case No.: | 3:15-BK-15570-CMG | Trustee Name: | John M. McDonnell (500730) |
|---|---|---|---|
| Case Name: | European Copper Specialists, Inc. | Bank Name: | Rabobank, N.A. |
| Taxpayer ID #: | **-***8153 | Account #: | ******0466 Checking Account |
| For Period Ending: | 08/05/2016 | Blanket Bond (per case limit): | $35,517,734.00 |
| | | Separate Bond (if applicable): | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 01/07/2016 | 104 | International Sureties, LLTD | Bond Premium for 2016 (Bond # 016026385) | 2300-000 | | 1.94 | 2,844.71 |
| 01/27/2016 | 105 | C. Marino, Inc. | * Storage of debtor's books and records * Invoice No. 3034A | 2420-000 | | 25.00 | 2,819.71 |
| 01/28/2016 | {7} | Condon & Forsyth LLP | * Settlement payment in the Lott Airlines litigation. (See Form 1. Asset No. 7). | 1241-000 | 6,000.00 | | 8,819.71 |
| 01/29/2016 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 10.00 | 8,809.71 |
| 02/29/2016 | 106 | C. Marino, Inc. | * Invoice No. 3154A (March 2016) * Storage of Debtor's books and records | 2420-000 | | 25.00 | 8,784.71 |
| 03/01/2016 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 12.22 | 8,772.49 |
| 03/17/2016 | {2} | Magnetic Group | * Settlement proceeds in the Magnetic Group A/R matter. (See Form 1, Asset No. 2). | 1129-000 | 22,000.00 | | 30,772.49 |
| 06/23/2016 | 107 | Bederson and Comapny | Dividend paid 100.00% on $11,764.00 | Claim # Admin1 | Filed: $39,214.00 | 3410-000 | | 11,764.00 | 19,008.49 |
| 06/23/2016 | 108 | McDonnell Crowley LLC | Dividend paid 100.00% on $8,580.00 | Claim # Admin2 | Filed: $28,599.25 | 3110-000 | | 8,580.00 | 10,428.49 |

{ } Asset Reference(s)    UST Form 101-7-TDR ( 10 /1/2010)    ! - transaction has not been cleared

Exhibit 9

Page: 6

## Form 2

## Cash Receipts And Disbursements Record

| Case No.: | 3:15-BK-15570-CMG | Trustee Name: | John M. McDonnell (500730) |
| --- | --- | --- | --- |
| Case Name: | European Copper Specialists, Inc. | Bank Name: | Rabobank, N.A. |
| Taxpayer ID #: | **-***8153 | Account #: | ******0466 Checking Account |
| For Period Ending: | 08/05/2016 | Blanket Bond (per case limit): | $35,517,734.00 |
| | | Separate Bond (if applicable): | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- |
| Transaction Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 06/23/2016 | 109 | Bederson and Comapny | Dividend paid 100.00% on $636.73 \| Claim # Admin3 \| Filed: $636.73 | 3420-000 | | 636.73 | 9,791.76 |
| 06/23/2016 | 110 | McDonnell Crowley LLC | Dividend paid 100.00% on $823.42 \| Claim # Admin6 \| Filed: $823.42 | 3120-000 | | 823.42 | 8,968.34 |
| 06/23/2016 | 111 | John Michael McDonnell | Combined Dividend paid 100.00% on $3,896.70 \| Claim # FEE \| Filed: $3,896.70 Dividend paid 100.00% on $87.85 \| Claim # TE \| Filed: $87.85 | | | 3,984.55 | 4,983.79 |
| | | | Claims Distribution - Thu, 05-12-2016  $3,896.70 | 2100-000 | | | 4,983.79 |
| | | | Claims Distribution - Thu, 05-12-2016  $87.85 | 2200-000 | | | 4,983.79 |
| 06/23/2016 | 112 | Internal Revenue Service | Dividend paid 1.43% on $349,478.35 \| Claim # 1-3 \| Filed: $349,478.35 | 4300-000 | | 4,983.79 | 0.00 |

{ } Asset Reference(s)         UST Form 101-7-TDR ( 10 /1/2010)                                      ! - transaction has not been cleared

Exhibit 9

Page: 7

# Form 2

## Cash Receipts And Disbursements Record

| Case No.: | 3:15-BK-15570-CMG | Trustee Name: | John M. McDonnell (500730) |
|---|---|---|---|
| Case Name: | European Copper Specialists, Inc. | Bank Name: | Rabobank, N.A. |
| Taxpayer ID #: | **-***8153 | Account #: | ******0466 Checking Account |
| For Period Ending: | 08/05/2016 | Blanket Bond (per case limit): | $35,517,734.00 |
| | | Separate Bond (if applicable): | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| | | | **COLUMN TOTALS** | | 31,466.65 | 31,466.65 | $0.00 |
| | | | Less: Bank Transfers/CDs | | 3,466.65 | 0.00 | |
| | | | **Subtotal** | | 28,000.00 | 31,466.65 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$28,000.00** | **$31,466.65** | |

{ } Asset Reference(s)    UST Form 101-7-TDR ( 10 /1/2010)    ! - transaction has not been cleared

Exhibit 9

## Form 2

Page: 8

## Cash Receipts And Disbursements Record

| | | | |
|---|---|---|---|
| **Case No.:** | 3:15-BK-15570-CMG | **Trustee Name:** | John M. McDonnell (500730) |
| **Case Name:** | European Copper Specialists, Inc. | **Bank Name:** | Rabobank, N.A. |
| **Taxpayer ID #:** | **-***8153 | **Account #:** | ******0466 Checking Account |
| **For Period Ending:** | 08/05/2016 | **Blanket Bond (per case limit):** | $35,517,734.00 |
| | | **Separate Bond (if applicable):** | N/A |

| | |
|---:|---:|
| Net Receipts: | $31,466.98 |
| Plus Gross Adjustments: | $0.00 |
| Less Payments to Debtor: | $0.00 |
| Less Other Noncompensable Items: | $0.00 |
| Net Estate: | $31,466.98 |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCES |
|---|---:|---:|---:|
| ******3395 Checking | $3,466.98 | $0.33 | $0.00 |
| ******0466 Checking Account | $28,000.00 | $31,466.65 | $0.00 |
| | **$31,466.98** | **$31,466.98** | **$0.00** |

**UST Form 101-7-TDR (10 /1/2010)**